■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD STIEHLER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term dismissing a writ of habeas corpus and remanding relator to the custody of the warden.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ NICHOLAS J. DONVITO, Appellant, v. EDNA G. DONVITO, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Supreme Court dismissing plaintiff's action for annulment, but not on the merits, and awarding defendant a decree of separation.) Present— McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CATHERINE C. SWEET, Respondent, v. ELITE BEAUTY SALONS, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Oneida Trial Term for plaintiff in a negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.